UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BENJAMIN HERNANDEZ DE LA CRUZ, <br> MARIO HERNANDEZ LOPEZ, <br> MIGUEL GUZMA GUZMAN, and <br> MARIO EDUARDO ASCENCIO HERNANDEZ <br><br> Plaintiffs, <br><br> v. <br><br> JKJ EQUIPMENT COMPANY, INC. d/b/a <br> CIRCUS CHIMERA, and JAMES K. JUDKINS, <br><br> Defendants. | CIVIL ACTION NO. <br> A04CA346SS |

## DEFENDANT'S DESIGNATIONS

Defendants, JKJ Equipment Company, Inc. ("JKJ") d/b/a Circus Chimera and James K. Judkins ("Judkins") submit the following Designations pursuant to the Court's September 23, 2004 Scheduling Order:

**A.    A.    Potential Witnesses**

Defendant may call the following individuals to testify as witnesses.

1. James K. Judkins

2. Alan Jones

3. Benjamin Hernandez de la Cruz

4. Mario Hernandez Lopez

5. Miguel Guzman-Guzman

6. Mario Eduardo Ascencio Hernandez

Defendants also reserve the right to call any of individuals Plaintiffs may designate as potential witnesses.

As discovery is ongoing and the discovery deadline in this lawsuit does not pass until March 22, 2005, Defendants reserve the right to supplement this list of potential witnesses as necessary.

**B.  Testifying Experts**

Defendant does not expect to call any testifying experts. Defendants reserve the right to designate rebuttal experts within 15 days of receiving the report of any expert Plaintiffs may designate.

**C.  Proposed Exhibits**

As discovery is ongoing in this lawsuit, Defendants have not identified all exhibits they may offer at trial. Defendants will supplement this designation and provide a list of proposed exhibits within a reasonable period following the completion of discovery.

Respectfully submitted,

Michael W. Fox
State Bar No. 07335500
Robert Chance
State Bar No. 24036348
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Phone:  (512) 344-4711
Fax:    (512) 344-4701
michael.fox@ogletreedeakins.com

ATTORNEYS FOR THE HOME DEPOT U.S.A., INC.

## CERTIFICATE OF SERVICE

This is to certify that on this day, January 6, 2005, a true and correct copy of the above Defendant's Designations was delivered via fax and certified mail, return receipt requested, to the following:

Edward Tuddenham, Esquire
1203 Newning Avenue
Austin, Texas 78704
512.443.4258 facsimile

William H. Beardall, Jr.
Equal Justice Center
510 South Congress Avenue, Suite 206
Austin, Texas 78704
512.474.0008 facsimile

Robert Chance