UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
AUSTIN DIVISION
2005 AP -7 PM 2: 32
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY:_____ DEPUTY

BENJAMIN HERNANDEZ DE LA CRUZ, §
MARIO HERNANDEZ LOPEZ, §
MIGUEL GUZMA GUZMAN, and §
MARIO EDUARDO ASCENCIO HERNANDEZ §
§
Plaintiffs, §
§
v. § CIVIL ACTION NO.
§ A04CA346SS
JKJ EQUIPMENT COMPANY, INC. d/b/a §
CIRCUS CHIMERA, and JAMES K. JUDKINS, §
§
Defendants. §

## STIPULATION OF DISMISSAL

Plaintiffs, Benjamin Hernandez de la Cruz, Mario Hernandez Lopez, Miguel Guzman Guzman, and Mario Eduardo Ascencio Hernandez, and Defendants, JKJ Equipment Company, Inc. d/b/a Circus Chimera and James K. Judkins, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). In support, the parties would show as follows:

1. The parties have reached a settlement agreement in this matter that resolves all claims between them.

2. The parties stipulate that the Court dismiss with prejudice all of the claims and causes of action alleged or that could have been alleged by Plaintiffs against Defendants in the lawsuit.

3. This dismissal is with prejudice.

Respectfully submitted,

*[signature]*

Edward Tuddenham
1203 Newning Avenue
Austin, Texas 78704
512.441.9759
512.443.4258 facsimile

William H. Beardall, Jr.
Equal Justice Center
510 South Congress Avenue, Suite 206
Austin, Texas 78704
512.474.0007
512.474.0008 facsimile

ATTORNEYS FOR PLAINTIFFS

---

Michael W. Fox
State Bar No. 07335500
Robert Chance
State Bar No. 24036348
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
512.344.4711
512.344.4701 facsimile
michael.fox@ogletreedeakins.com

ATTORNEYS FOR DEFENDANTS.

Respectfully submitted,

_____
Edward Tuddenham
1203 Newning Avenue
Austin, Texas 78704
512.441.9759
512.443.4258 facsimile

William H. Beardall, Jr.
Equal Justice Center
510 South Congress Avenue, Suite 206
Austin, Texas 78704
512.474.0007
512.474.0008 facsimile

ATTORNEYS FOR PLAINTIFFS

_____
Michael W. Fox
State Bar No. 07335500
Robert Chance
State Bar No. 24036348
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
512.344.4711
512.344.4701 facsimile
michael.fox@ogletreedeakins.com

ATTORNEYS FOR DEFENDANTS.